## Zimmer Law Office, PLLC
120 E. Washington Street - Suite 815
Syracuse, New York 13202
Phone: (315) 422-9909
Fax: (315) 422-9911*
*E-mail: kmz@kimzimmerlaw.com
*not for service of process

December 11, 2018

**VIA ECF**
Hon. Therese Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re: **United States v. Justin B. Hobbie**
**Case No. 3:18-mj-00720-TWD**

Dear Judge Dancks:

I have been retained to represent Justin B. Hobbie in the above matter, and have just filed a Notice of Appearance so indicating.

This letter is to respectfully request an adjournment of Mr. Hobbie's Detention Hearing, scheduled for tomorrow, December 12, 2018, at 1:00pm. I have conferred with the Courtroom Clerk, Suzanne Gunter, and I understand that the Court is available next Wednesday, December 19, 2018, at 1:00pm.

I have also conferred with AUSA Geoff Brown, and he has no objections to this request. If needed to proceed on December 19, AUSA Brown and I will be available to do so.

If the Court has any questions or needs any further information, please let me know. As always, I thank you for your consideration and courtesies.

Respectfully submitted,

ZIMMER LAW OFFICE, PLLC

*Kimberly Zimmer/kac*
Kimberly M. Zimmer

KMZ/kac