# Zimmer Law Office, PLLC

120 E. Washington Street - Suite 815
Syracuse, New York 13202
Phone: (315) 422-9909
Fax: (315) 422-9911*
*E-mail: kmz@kimzimmerlaw.com
*not for service of process

December 13, 2018

**VIA ECF**
Hon. Therese Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re: **United States v. Justin B. Hobbie**
**Case No. 3:18-mj-00720-TWD**

Dear Judge Dancks:

I represent Mr. Hobbie in the above captioned matter. Mr. Hobbie is scheduled to appear for a detention hearing on Wednesday, December 19, 2018, at 1:00pm. I met with Mr. Hobbie yesterday and explained to him his rights to an immediate detention hearing and a preliminary hearing. Mr. Hobbie told me that he understands those rights and that he agrees to waive those rights at this time, reserving his right to request such hearings in the future.

If the Court has any questions or needs any further information, please let me know. As always, I thank you for your consideration and courtesies.

Respectfully submitted,

ZIMMER LAW OFFICE, PLLC

Kimberly M. Zimmer

KMZ/kac